**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Joseph Silva,**

*Plaintiff,*

**v.** **Case No: 6:24-cv-1057-RBD-LHP**

**Clarity Services, Inc.,**

*Defendant.*
____________________________________/

## NOTICE OF SETTLEMENT WITH DEFENDANT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Clarity Services, Inc., have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Clarity Services, Inc. from this case with prejudice.

Dated September 23, 2024,

**SERAPH LEGAL, P. A.**

*/s/ Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866
BScarangella@SeraphLegal.com
Seraph Legal, P. A.
2124 West Kennedy Boulevard, Suite A
Tampa, FL 33606
(813) 321-2345
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

*/s/ Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866